UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DERRICK ESTES                                         CIVIL ACTION

VERSUS                                                NO: 06-10867

N. BURL CAIN, WARDEN                                  SECTION "J"(2)

### Order and Reasons

Before the Court are the Report and Recommendations prepared by the Magistrate (Rec. Doc. 19) and Petitioner's Motion for a Certificate of Appealability (Rec. Doc. 21). For the reasons stated below, the Magistrate's Report is **ADOPTED** as the opinion of this Court, and the Motion for a Certificate of Appealability should be **DENIED without prejudice**.

### Bacground

Petitioner, Derrick Estes is currently incarcerated at the Louisiana State Penitentiary in Angola, Louisiana. On September 27, 2000, a state trial court sentenced petitioner as a multiple offender to 49 years and six months in prison for armed robbery. Petitioner filed this habeas claim, asserting that the use of a juvenile conviction to enhance his sentence is unconstitutional as violative of the 14th amendment.

On July 30,2007, Magistrate Judge Wilkinson issued a report and recommendation that the petitioner's habeas claim be denied with prejudice as it is time barred under the AEDPA. Pub. L. No. 104-132, 110 Stat. 1214. The petitioner was given ten days in which to file an objection to the report, and was expressly warned that a failure to object would prevent the party from attacking on appeal unobjected-to factual findings and legal conclusions accepted by the district court. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996)(en banc).

On the date that objections would have been due, petitioner filed a notice of intent to appeal along with motion for a certificate of appealabilty, pursuant to FED. R. APP. P. 22(b).

## **Discussion**

Petitioner did not file an objection to the Magistrate's report, and therefore forfeits his right to contest the adopted Magistrate's report on appeal. Petitioner has made no showing of why his claim is not time barred, and giving the petitioner every benefit of the doubt, the Magistrate has correctly concluded that petitioner's claim is time-barred. The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, hereby approves the Report and Recommendation of the United States Magistrate Judge and

adopts it as its opinion herein.  Accordingly, the instant petition for habeas corpus relief is **DENIED** as time-barred.

The motion for a certificate of appealability should be denied without prejudice.  Petitioner may well be correct that reasonable minds may differ as to whether the use of a juvenile conviction to enhance his sentence is barred by *Apprendi v. New Jersey*, 530 U.S. 466 (2000) as interpreted by *State v. Brown*, 879 So.2d 1276 (La. 2004).  However, when "a district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a [Certificate of Appealability] should issue when a prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Petitioner's motion does not address whether the district court (or the Magistrate for that matter) was correct in its procedural ruling.  Because the Court adopts the Magistrate's report and denies the motion for a certificate of appealability on the same day, the Court will afford the Petitioner the opportunity to address the procedural issues as raised by the Magistrate. Accordingly,

**IT IS ORDERED** that the Magistrate's Report and Recommendation is adopted as the opinion of this Court;

**IT IS FURTHER ORDERED** that the petition for Habeas Corpus relief is **DENIED with prejudice**;

**IT IS FURTHER ORDERED** that the Motion for Certificate of Appealability is **DENIED without prejudice** to the Petitioner reurging within 20 days a motion for a Certificate of Appealability that addresses the procedural issues set forth in the Court's opinion.

New Orleans, Louisiana this 30th day of August, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE